

Elior D. Shiloh
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Elior.Shiloh@lewisbrisbois.com
Direct: 212.232.1362

November 6, 2018

File No. 37986.1866

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

    Re:    <u>J.S. v. Dalton Schools, Inc., et al.</u>
            Case No. 18-Civ-10258 (CCC)(SCM)

Dear Judge Cecchi:

    We represent Defendant Dalton Schools, Inc. ("Dalton") in the above-captioned matter. We write to briefly address the motion to transfer venue filed by Defendant Gardner P. Dunnan ("Dunnan") as Dalton's posture in this matter is raised both in Dunnan's moving papers and Plaintiff's opposition.

    As this Court is aware, Dalton has moved to dismiss this action as to Dalton for lack of personal jurisdiction. Should this Court elect not to grant Dalton's motion, Dalton has no objection to Dunnan's motion for a transfer of venue to the Southern District of New York. Dalton is not subject to the jurisdiction of this Court, the majority of the events alleged in the Amended Complaint occurred in New York, and all parties were New York residents at the time of the allegations. Thank you for your attention to this matter.

    Respectfully,

*Elior D. Shiloh*

Elior D. Shiloh of
LEWIS BRISBOIS BISGAARD & SMITH LLP

EDS
cc:    All counsel of record (via ECF)