UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

J.S.,

                Plaintiff,

        -against-                               19-cv-2099-NRB

DALTON SCHOOLS, INC. and                **NOTICE OF VOLUNTARY**
GARDNER P. DUNNAN,                    **DISMISSAL PURSUANT TO**
                                          **RULE 41(a)(1)(A)(i)**

                Defendants.
_____x

       PLEASE TAKE NOTICE THAT, Plaintiff J.S., by and through her attorneys, Cuti

Hecker Wang LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives

notice that the above-captioned action is voluntarily dismissed, without prejudice, against all

defendants, Dalton Schools, Inc. and Gardner P. Dunnan, who have not answered or moved for

summary judgment.

Dated:  New York, New York
        March 7, 2019

                                   CUTI HECKER WANG LLP

                                   By:  /s/Alexander Goldenberg
                                   Mariann Meier Wang (MW7417)
                                   Daniel Mullkoff  (DM5557)
                                   Alexander Goldenberg (AG1128)
                                   305 Broadway, Suite 607
                                   New York, New York 10007
                                   (212) 620-2603
                                   mwang@chwllp.com
                                   dmullkoff@chwllp.com
                                   agoldenberg@chwllp.com

                                 *Attorneys for Plaintiff*